UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIK F. SILVA

        Plaintiff,

v.                                          Case No.: 23-cv-132-MSM-LDA

WALRUS AND CARPENTER
OYSTERS, LLC                        **JURY TRIAL DEMANDED**

        Defendant.

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Erik F. Silva along with Defendant Walrus And Carpenter Oysters, LLC stipulate and agree as follows:

1. That the Parties reached an amicable resolution of this matter on disposing of this action with finality including all claims, crossclaims and counterclaims (known and unknown and whether asserted or not);

2. That as part of the amicable resolution all Parties are bearing their own attorneys' fees, costs, and expenses and

3. That the Court may dismiss this action in its entirety with prejudice pursuant to Fed. Rule Civ. P. 41(a)(2).

// Signature Page Follows //

Dated: September 27, 2024
Newport, Rhode Island

                    Fulweiler llc

By:   /s/ John K. Fulweiler
_____
John K. Fulweiler, Esq. (#7876)
W.B. Franklin Bakery Building
40 Mary Street
Newport, RI 02840
(401) 667-0977 – Telephone
1-800-383-MAYDAY
john@saltwaterlaw.com
www.saltwaterlaw.com
*Attorneys for Plaintiff*

Holbrook & Murphy

/s/ Daniel C. Kelley
_____
Daniel C. Kelley, Admitted Pro Hac Vice
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151 -- Telephone
dkelley@holbrookmurphy.com

### CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing(s) to all the registered participants. Service on all counsel of record has been made by electronic means.

/s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.